Mark Mausert
Nevada State Bar No. 2398
Cody Oldham
Nevada State Bar No. 14594
MARK MAUSERT LAW OFFICE
930 Evans Avenue
Reno, Nevada 89512
Telephone: (775) 786-5477
Facsimile: (775) 786-9658

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME SORTINO, | Case No. : 3:17-cv-00726-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| WILLIAMS TANK LINES and DOE Defendants I-X, | |
| Defendants. | |

      Plaintiff, JAIME SORTINO, and Defendant, WILLIAMS TANK LINES, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action without prejudice. In light of recent discovery, it has been decided this case should be dismissed without prejudice.

///

///

///

///

///

//

///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 9, 2018.                                Dated: February 9, 2018.

Respectfully submitted,                                 Respectfully submitted,


 _/s/ Mark Mausert_____                        _/s/ Heath Havey_____
Mark Mausert                                            Heath Havey
Cody Oldham                                             JACKSON LEWIS
MARK MAUSERT LAW OFFICE                                 400 Capitol Mall, Suite 1600
930 Evans Avenue                                        Sacramento, CA 95814
Reno, NV 89512

Attorneys for Plaintiff                                 Attorneys for Defendant


**ORDER**

**IT IS SO ORDERED.**

Dated: ___February 12,_____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE